# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1273V
Filed: August 21, 2018
UNPUBLISHED

| | |
|---|---|
| NAOMI MILLER,<br><br>      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH<br>AND HUMAN SERVICES,<br><br>      Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.*
*Voris Edward Johnson, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On September 15, 2017, Naomi Miller ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine she received on September 23, 2016 to her right shoulder. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 6, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation. On August 21, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $70,402.00 representing $70,000.00 for pain and suffering and $402.00 for past unreimbursed

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

expenses.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $70,402.00, in the form of a check payable to petitioner, Naomi Miller.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                    **s/Nora Beth Dorsey**
                                                    Nora Beth Dorsey
                                                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| NAOMI MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 17-1273V (**ECF**) |
| v. ) | Chief Special Master Dorsey |
| ) | |
| SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S PROFFER ON AWARD OF DAMAGES

On June 6, 2018, respondent, the Secretary of Health and Human Services, filed his Rule 4(c) Report conceding entitlement to compensation in this matter. The same day, the Court entered its Ruling on Entitlement, finding petitioner Naomi Miller entitled to Vaccine Act compensation. Respondent now proffers that petitioner receive a compensation award consisting of a lump sum of **$70,402.00** in the form of a check payable to petitioner, Naomi Miller.[1] This amount consists of $70,000.00 for pain and suffering and $402.00 for past unreimbursed expenses, and represents compensation for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner is entitled.[2]

Petitioner agrees with the proffered award of $70,402.00.[3]

---

[1] Petitioner is a competent adult. No guardianship is required.

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

[3] This proffer does not include any award for attorneys' fees and costs that may be awarded pursuant to 42 U.S.C. § 300aa-15(e).

2

              Respectfully submitted,

              CHAD A. READLER
              Acting Assistant Attorney General

              C. SALVATORE D'ALESSIO
              Acting Director
              Torts Branch, Civil Division

              CATHARINE E. REEVES
              Deputy Director
              Torts Branch, Civil Division

              ALEXIS B. BABCOCK
              Assistant Director
              Torts Branch, Civil Division

              <u>s/Voris E. Johnson, Jr.</u>
              VORIS E. JOHNSON, JR.
              Senior Trial Attorney
              Torts Branch, Civil Division
              U.S. Department of Justice
              P.O. Box 146
              Ben Franklin Station
              Washington, D.C. 20044-0146
              Direct dial: (202) 616-4136

Dated: August 21, 2018